# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 5, 2014

## NO. 03-09-00566-CV

### David Fernea, Appellant

### v.

### Merrill Lynch Pierce Fenner & Smith, Inc., Appellee

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PURYEAR AND PEMBERTON
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment signed by the trial court on March 17, 2009. The Court's judgment dated July 12, 2011, is withdrawn and this judgment is substituted in its place. The parties filed a joint motion to vacate the judgment, withdraw the opinion, and dismiss this appeal. Having considered the motion, the Court grants the motion in part and dismisses the appeal. The opinion dated July 12, 2011, is not withdrawn. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.